UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | : CHAPTER 13 |
| SHANITA DIANE SWANSON | : CASE NUMBER A25-57629-JWC |
| DEBTOR | : |

### TRUSTEE'S SUPPLEMENTAL REPORT
### FOLLOWING CONFIRMATION HEARING

**Nancy J. Whaley, Standing Chapter 13 Trustee to report back in ten (10) days following the Confirmation Hearing held on September 30, 2025:**

As to whether the Debtor provided all documents related to the original agreement with EasyKnock or EK Real Estate Fund and any and all transactions with the Debtor and/or her mother

**The Attorney for the Trustee has reviewed the case and:**

Recommends dismissal because:

The Debtor has failed to provide any documentation regarding the transactions with EasyKnock

*Please enter an Order of Dismissal*

This the 17th day of October, 2025.

                              __/s/_____
                              Julie M. Anania,
                              Attorney for Chapter 13 Trustee
                              GA Bar Number 477064
                              303 Peachtree Center Ave., NE
                              Suite 120
                              Atlanta, GA  30303
/mep                      janania@njwtrustee.com

# CERTIFICATE OF SERVICE

Case No: A25-57629-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Supplemental Report Following Confirmation to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

SHANITA DIANE SWANSON
3805 BELMONT XING
CONYERS, GA  30013


I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Supplemental Report Following Confirmation using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

THE LAW OFFICE OF STANLEY J. KAKOL, JR.


This the 17th day of October, 2025.

/s/_____
    Julie M. Anania
    Attorney for the Chapter 13 Trustee
    State Bar No. 477064
    303 Peachtree Center Avenue, NE
    Suite 120
    Atlanta, GA 30303
    678-992-1201